# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USAA CASUALTY INSURANCE COMPANY,<br>                      Plaintiff,<br>vs.<br>LAURANCE TOKARSKI, *et al.*,<br>                      Defendants. | Case No. 2:10-cv-00231-RLH-PAL<br><br>**ORDER** |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for April 13, 2011 at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **April 20, 2011** at **1:30 p.m.,** in the Alternative Dispute Resolution Room, #3202, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due April 6, 2010, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., April 13, 2011.**

Dated this 19th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge